UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAHEEM TAYLOR, :
: Civil Action No. 09-4763 (JBS)
       Petitioner, :
:
       v. : **ORDER**
:
GEORGE W. HAYMAN, et al., :
:
       Respondents. :

    IT APPEARING THAT Petitioner has submitted a Petition for a Writ of Mandamus, pursuant to 28 U.S.C. § 1651, with an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>; and this Court having reviewed the Petition, and for the reasons set forth in the Court's Opinion filed herewith,

    IT IS on this  **9th**  day of **April, 2010**,

    ORDERED that the petition for a writ of mandamus under 28 U.S.C. § 1651, as asserted by Petitioner, is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction; and it is further

    ORDERED that the Clerk shall serve a copy of this Order and accompanying Opinion upon the Petitioner by regular mail; and it is finally

    ORDERED that the Clerk is directed to close the file in this matter without assessment of fees or costs.

                                     **s/ Jerome B. Simandle**
                                     JEROME B. SIMANDLE
                                     United State District Judge